UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY
CENTRAL DIVISION
(at Lexington)
CIVIL ACTION NO.: 5:21-cv-00206

ROBERT STINSON                                                          PLAINTIFF,

VS.        **PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**

PROTECTIVE INSURANCE COMPANY                      DEFENDANTS.

\* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Robert Stinson, by counsel, and hereby moves this Court to extend the discovery deadline to complete all fact and expert discovery (originally due June 13, 2022) by July 13, 2022, and to file all dispositive motions (originally due July 15, 2022) by August 15, 2022. As grounds for this Motion, Plaintiff states that in light of Dr. John Vaughan's deposition testimony, Plaintiff needs additional time to review and better understand the ramifications of Dr. Vaughan's change in position. In addition, counsel for the Defendant has expressed the need for additional time to discuss the Defendant's best and final position to resolve the matter, but the Defendant's agent has been out of the country and no such conversation has taken place to the knowledge of the Plaintiff. As the trial date in this matter is not set until February 2023, an extension of time will not prejudice either party and will serve the equity of both parties. Plaintiff's and Defendant's counsel have conferred and there is no objection to this Motion.

Respectfully submitted,

MORRIN LAW OFFICE

*/s/ Robert A. Morrin*
Robert A. Morrin (KBA #94368)

        214 West Main Street  
        Richmond, KY 40475  
        (859) 358-0300  
        morrinlaw@gmail.com  
        *Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

This is to certify that a true and complete copy of the foregoing was served, via electronic mail, this the 13th day of June, 2022, upon the following:

Christina Norris  
Michael Schay  
Chuck Cassis  
cnorris@goldbergsimpson.com  
mschay@goldbergsimpson.com  
chuck@goldbergsimpson.com  
GOLDBERG SIMPSON, LLC  
Norton Commons  
9301 Dayflower Street  
Prospect, KY 40059  
*Counsel for Defendant, Protective Insurance Company*

        */s/ Robert A. Morrin*  
        Hon. Robert A. Morrin (KBA #94368)  
        MORRIN LAW OFFICE  
        *Counsel for Plaintiff*