UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
CIVIL ACTION NO.: 5:21-cv-00206

ROBERT STINSON                                                 PLAINTIFF,

VS.

PROTECTIVE INSURANCE COMPANY                 DEFENDANTS

\*\*\*\*\*\*\*\*\*\*
**MOTION TO CONTINUE TRIAL DATE AND ALL DEADLINES**
\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, ROBERT STINSON, by and through counsel, to request this Court continue the jury trial in this matter currently scheduled to begin February 13, 2022, and hereby states as follows:

Plaintiff requests the Court to continue the jury trial scheduled in this matter and all deadlines by 90 days and modify other deadlines in accordance therewith. Counsel for Plaintiff reached out to opposing counsel about potentially reaching an agreement on continuing the trial, but has not received a response as of the time of filing.

Good cause exists for the granting of this motion as follows: There has not yet been a continuance of the jury trial in this matter. For reasons outside of Plaintiff's control, including relevant facts and detrimental reliance discussed in a parallel pleading filed this day entitled "Response to Motion Settlement Conference". (All of those facts and arguments contained therein or incorporated hereto).

1

Additional good cause includes the emergency medical needs of Plaintiff's counsel, persistent illness in the family of Plaintiff's counsel, scheduling restrictions of testifying experts Dr. Grossfeld and Dr. Vaughn, as well as schedule restrictions of Plaintiff and his litigation team.

Plaintiff is requesting scheduling dates from Dr. Vaughan's office and Dr. Grossfeld via counsel, but does not believe these experts are able to make themselves available by the December 28, 2022 deadline to submit trial deposition transcripts. If they are not available, as no such dates of availability have been received by Plaintiff's counsel, then Plaintiff moves this Court to grant leave to take these critical depositions at the soonest available dates and file the transcripts immediately thereafter.

Plaintiff is in the process of preparing for trial as directed by the Court's Pre-Trial Order and Scheduling Order. While Plaintiff will be ready to discuss the possibility of settlement at the Pre-trial Conference on January 18, 2023, it is his belief that a continuance of pre-trial conference would better serve judicial economy as well as the jury trial and these subsequent trial depositions would promote judicial efficacy and serve all parties in settlement discussions and trial preparations.  The relevant facts and good cause for this motion are further discussed in a parallel pleading filed this day entitled "Response to Motion Settlement Conference."  All facts and arguments contained therein or incorporated hereto.

WHEREFORE, Plaintiff respectfully moves this Court to continue the jury trial and all deadlines by ninety (90) days or in the alternative to grant Plaintiff leave to take the trial depositions of Dr. Stacie Grossfeld and Dr. John Vaughan at the experts' earliest available dates and to file the transcripts immediately thereafter.

Respectfully Submitted,

 /s/*Robert A. Morrin*_____

                Hon. Harvey Bradford Harris (KBA #87275)
                Hon. Robert A. Morrin (KBA # 94368)
                214 West Main Street
                Richmond, KY 40475
                P: (859) 358-0300
                *Counsel for Plaintiff*

\* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

This is to certify that a true and complete copy of the foregoing was served, via electronic mail, this the 8th day of December, 2022, upon the following:

Hon. Christina Norris
Hon. Chuck Cassis
GOLDBERG SIMPSON, LLC
cnorris@goldbergsimpson.com
chuck@goldbergsimpson.com
*Counsel for Defendant, Protective Insurance Company*

                /s/*Robert A. Morrin*_____
                Hon. Harvey Bradford Harris (KBA #87275)
                Hon. Robert A. Morrin (KBA #94368)
                *Counsel for Plaintiff*