# Christina Norris

| | |
|---|---|
| **From:** | Robert Morrin <morrinlaw@gmail.com> |
| **Sent:** | Tuesday, April 12, 2022 10:30 PM |
| **To:** | Sheila Wilt |
| **Cc:** | Johnna Adams; Christina Norris; Leah Vaughn; Michelle Crickmer; Rachel Gaines; robertstinson@projects.filevine.com |
| **Subject:** | Re: Stinson v. Protective |

External email use caution.

Hi Christina,

Now THAT is an hourly rate. Based on a 40 hour week she would be making $80,000 per week at that rate. That's not a terrible week by most folks not named Jeff Bezos. I don't think I realized this case was that complex. Are our federal judges upholding prepayment in full requirements now without agreements between the parties to the same? All this to say are you available tomorrow at all for a phone call to discuss?

I suspect my client will want me to seek a protective order on these issues if there is nothing we can do to bring Dr. Grossfeld's rate and prepayment requirement down to something reasonable. Hopefully, we can work it out.

Thank you,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
https://link.edgepilot.com/s/6e71ca56/BEIR6JeA5EimGDYCb_L_BQ?u=http://www.morrinlawoffice.com/

*Learn about us!*



*We ❤ Referrals!*



1

**Christina Norris**

From: Robert Morrin <morrinlaw@gmail.com>
Sent: Tuesday, July 5, 2022 4:06 PM
To: Christina Norris
Cc: johnna@morrinlawoffice.com; Sarah Lang; Mary Katherine Brashear
Subject: Re: Stinson v. Protective Insurance Company - Def's Notice of Deposition & Subpoena to Reeves Delivery Group for Plf's Employment Records

External email use caution.

Hi Christina,

I hope you had a great 4th of July weekend.

Just sending you a quick note to follow-up on this message thread. I was thinking one option would be to set Grossfeld's deposition for a date certain between now and the dispositive motion deadline and push the discovery deadline to dispositive motion deadline. Alternatively, we can issue a deposition notice for the morning of the 13th if she will be available then and go ahead and knock it out then. I think we need to get a deposition notice out tomorrow along with our subpoena duces tecum. Let me know if we can agree on something to get this done.

Thanks!
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
https://link.edgepilot.com/s/75af9531/85VgGNWc2UCuIxM9_IGmOg?u=http://www.morrinlawoffice.com/

***Learn about us!***



*We ♥ Referrals!*


EXHIBIT B

## Christina Norris

| | |
|---|---|
| **From:** | Robert Morrin <morrinlaw@gmail.com> |
| **Sent:** | Thursday, July 7, 2022 3:50 PM |
| **To:** | Christina Norris |
| **Cc:** | Rachel Gaines; Mary Katherine Brashear; Sheila Wilt; Sarah Lang |
| **Subject:** | Re: Stinson v Protective - Dr Grossfeld and Dr Crystal |

External email use caution.

Hi Christina,

I have some bad news (or good depending on how you look at it). My client has changed his mind on Dr. Grossfeld and we do not need to take her deposition at this time. While I'm ready to move forward with the deposition, my client is having a hard time swallowing the pill of paying such an incredible fee to depose a witness with such little credibility.

I would still like to get the responses to our Requests for Production for both experts. I don't think it's appropriate to only respond to what is contemplated and mentioned by the Federal Rules of Civil Procedure. *Primm* is "substantive" Kentucky precedent which I believe our federal court must apply here.

Please call me with any concerns or issues we need to iron out. If you have some legal authority which indicates the FRCP are appropriate despite the *Primm* decision then please forward that to me at your convenience.

Thank you,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
https://link.edgepilot.com/s/2f8e4a95/J_h1qV3Fm0Chn6dXzql-5g?u=http://www.morrinlawoffice.com/


*Learn about us!*


We ♥ *Referrals!*



1