Case: 5:21-cv-00206-KKC-MAS   Doc #: 81-1   Filed: 03/20/23   Page: 1 of 1 - Page ID#: 302

Stinson v. Protective Insurance Company     05/13/2022                    John J. Vaughan, M.D.

**EXHIBIT A**

### Page 15

improved his pain, but he still had residual pain.
Q. And I think I saw somewhere in your records, Dr. Vaughan, that you did not -- well, is it your opinion -- I believe it was your opinion that I saw -- that you would not recommend any future surgeries for Mr. Stinson; is that correct?
A. I don't recommend surgery at this time. I mean, I -- you can't make the blanket statement that I would never recommend any more surgery or -- but I did not -- at my last encounter with him, I did not recommend surgery.
Q. And when was that last encounter, sir?
A. 2-28-22.
Q. So fairly recently?
A. Yes.
Q. And absent future surgery, Dr. Vaughan, are there any other treatment modalities that you would recommend for Mr. Stinson on an annual basis, other than perhaps a follow-up appointment with you to check the status of his back?
A. I left my encounter -- so he told me he was -- he's a veteran and he was going to go to the VA pain clinic, where they give injections. So I thought that was reasonable treatment.
    Regarding myself, I just left it open-ended,

### Page 16

I believe, where I just said return as needed. Or no, I said -- I'm sorry, I said I'd check him back in six months to see if those were helping.
Q. Okay. So that would be sometime, I guess, in August, maybe, you would see him again?
A. Yes. Yes.
Q. Okay. But assuming, for purposes of argument, that he is going to the VA and he is getting the pain injections or whatever pain treatment they might provide for him there, at this point, as of Febru -- excuse me, March 28th, '22, you did not recommend any further surgical intervention?
A. Correct.
Q. I'm going to hand to you what I've collated together, Dr. Vaughan, as some prior treatment records. I'm not suggesting that we're going to -- I tried to -- there are thousands and thousands of pages on Mr. Stinson from the VA, so I tried to cull out for you --
A. Okay.
Q. -- certain -- certain ones that we would discuss. They are --
    MS. NORRIS: Yours are marked. These are the duplicate.
    MR. MORRIN: Okay.

### Page 17

A. VA treatment records are the hardest medical records to read.
Q. Yeah. And they are -- they are Bates stamped at the bottom. And so, again, we're not going to look at all of them, but we're going to run through some of them.
    And did you bring an extra set of your records that we could mark as Exhibit Number 3 to the deposition?
A. You can have mine when we're finished.
    (Vaughan Deposition Exhibit 3 was marked for identification and is filed with this transcript.)
Q. Okay. And then I think you said that we could get the billing records from your staff, and we'll make those Exhibit Number 4. How does that sound?
A. Yeah.
    (Vaughan Deposition Exhibit 4 was marked for identification and is filed with this transcript.)
Q. Okay. Let's go to -- I'm going to back up a step. I'm going to give you --
    MS. NORRIS: Where am I now, Laura?
    THE REPORTER: Number 5.
    (Vaughan Deposition Exhibit 5 was marked for identification and is filed with this transcript.)

### Page 18

Q. The statement that you provided in the workers' comp case, Dr. Vaughan.
A. Let's see. Okay. Let's see. Yes, I see my handwriting.
Q. Okay. Just like to go over this a little bit before we move on to the prior medical records. You diagnosed him with lumbar spinal stenosis; is that correct?
A. Correct.
Q. What exactly is lumbar spinal stenosis?
A. A pinching of the nerves in the -- in the lower back.
Q. And how does that -- let me strike that question.
    What causes that pinching?
A. It could be multifactorial. It can be a disk bulging or a disk herniated pinching on the nerves. It can be bone spurs that come from arthritis. Those would be the predominant causes.
Q. And did you make a determination, Dr. Vaughan, as to the contributing factors to his spinal stenosis?
A. I would say it was a combination of just what I mentioned. Probably factor number one would be bone spurs that come from arthritis and, number two,