Case: 5:21-cv-00206-KKC-MAS  Doc #: 81-2  Filed: 03/20/23  Page: 1 of 1 - Page ID#: 303

Stinson v. Protective Insurance Company     05/13/2022                John J. Vaughan, M.D.

EXHIBIT B

Page 31

record. Am I correct? It's a progress note from 2000, halfway down the record, underneath the first black line?
A.  Yep.
Q.  Okay. Is his history consistent with that chronic low back pain problem?
A.  It appears on this visit he's -- in year 2000 he's still having, you know, chronic low back issues.
Q.  And this indicates, and I think it did earlier as well, that he has this radiculopathy or the radiating pain down into both of his legs; is that correct?
A.  Yep.
Q.  And is that the same situation that you found with him when you treated him in '19 -- 2019 and 2020?
A.  Yep. Yes.
Q.  So that is a consistent problem that he's been having since early on as well, is that fair, the radiculopathy?
A.  So I can say based on these records of what we looked at in '99 and 2000, he is having consistent low back and radicular pain in his legs.
Q.  Okay. Now, I'd like you to --

Page 32

MS. NORRIS: And that's Number 9, Laura.
Q.  I'd like you to flip through two more pages to 0029.
MS. NORRIS: And we'll make this Number 10.
(Vaughan Deposition Exhibit 10 was marked for identification and is filed with this transcript.)
Q.  And this is the December 27, 1999. It appears to be the -- is that the neurosurgeon's interpretation of the -- the MR -- the study that was done?
A.  Let's see. So you're asking me if this is the neurosurgeon's interpretation --
Q.  Yeah.
A.  -- of the MRI?
Q.  Yeah.
A.  I'm not sure on that, because I'm not sure if the VA -- there's some weird medical records where they can clip a part out of the MRI report and keep on transposing it, but -- I would say just that that's probably clip and paste from the MRI report, but that would be the radiologist, but I can't say for sure.
Q.  Okay. Well, fair enough. The question I have, I guess, Dr. Vaughan, is: When you read this, if it's a clip -- clip and paste from the

Page 33

radiologist's report, does this appear to be same or substantially similar to the radiographic findings you found with Mr. Stinson which eventually resulted in his surgery?
A.  I would say they're similar findings, yes.
Q.  I ask you -- okay. We're now under tab B, Dr. Vaughan.
A.  Tab B. I am under tab B.
Q.  Okay. First record under tab B is Lexington Clinic 0007.
A.  Yep.
Q.  Okay. This appears to be a progress note from the Lexington Clinic.
    What is the Lexington Clinic, Dr. Vaughan?
A.  It is just a multispecialty medical care/practice that -- here in town. It's been here a long time.
Q.  And this is a record from 2008; is that correct?
A.  This is a record from 1-10-2008.
Q.  And it appears that there was an MRI scan done at the Lexington Clinic. Do you agree, Dr. Vaughan?
A.  Yes.
    MS. NORRIS: Am I on Number 11?

Page 34

THE REPORTER: Yes.
MS. NORRIS: Mark this Number 11.
(Vaughan Deposition Exhibit 11 was marked for identification and is filed with this transcript.)
Q.  And what did this 2008 MRI scan show?
A.  Just quoting verbatim, it says, (Reading) MRI scan from Lexington Diagnostic Center was reviewed and this shows disk desiccation L2-L3, L3-L4, and L4-L5. There is facet hypertrophy at L2-L3, along with central and right-sided disk bulge at L3-L4. There is evidence of some facet hypertrophy as well as -- as well as also a central and right-sided disk bulge. At L4-L5 he has a left-sided protrusion.
Q.  So, Dr. Vaughan, as we've progressed through this record, we have now gotten up to 2008, and we -- and the records inform us that Mr. Stinson is continuing to get medical treatment at the same level that you treated him for after the fall in his truck; is that fair?
A.  Yes.
Q.  Okay. So this would inform us, then, that this condition continues to be chronic. Is that fair, Dr. Vaughan?
A.  Yes.
Q.  And if you will go through to record number