Stinson v. Protective Insurance Company    05/13/2022                    John J. Vaughan, M.D.

**EXHIBIT C**

Page 75

1  a patient -- typically in medicine a pain scale is a
2  patient-related number. It's not something --
3  Q.  Okay.
4  A.  -- I assign.
5  Q.  This particular record in 2018, while it lists
6  back pain generally, it doesn't appear to list
7  radiculopathy or a pain out of -- eight out of ten
8  as he previously experienced after his elevator
9  accident. Is that accurate?
10 A.  Again, this is nuances of the VA records.
11 You correct me if I'm wrong, or either of you, but
12 on that encounter -- are you asking what his pain --
13 Q.  I'm asking if his pain intensity is different
14 than previous records that we have gone over.
15 A.  So I don't -- do you see a pain on that --
16 rating on that day?
17 Q.  On 691 of 979.
18     MS. NORRIS: Exhibit 26.
19 A.  So --
20     MR. MORRIN: Thank you.
21 A.  -- I assume that's the same encounter, and if
22 it is, his pain was rated at five over ten.
23 Q.  Okay. Is there any indication of
24 radiculopathy?
25 A.  No. The only thing I see at that time was

Page 76

1  low back -- low back pain. As I discussed, low
2  back -- again, it doesn't seem like that encounter
3  was primarily for his back, and who knows if that
4  was reported on that day or just a carryover in the
5  medical records.
6  Q.  Okay. Sometimes the VA tends to include more
7  of a history in their current records?
8  A.  Yeah. That's one thing about electronic
9  medical records, you don't know if it's just a
10 carryover from previous records or if it's -- that
11 was actively information gathered that day. I don't
12 know.
13 Q.  Okay.
14 A.  I assume it was the latter, but I don't know
15 factually.
16 Q.  Okay. Is it fair to say that pain intensity
17 is less than previous reports where he actually did
18 present for back pain?
19 A.  My recollection, he had some eight over tens,
20 so on that date it was five over ten, so it was less
21 than previously reported.
22 Q.  I'd like to go back to -- this is -- I don't
23 recall which exhibit it is. It's tab D, page 222 of
24 979.
25 A.  So we'll go by the lower right-hand corner

Page 77

1  number? Is that what number you want me --
2  Q.  No, that's the -- it's -- the underscore
3  number is _0 -- well, I guess it is 0222, yes.
4  A.  0222.
5     MS. NORRIS: Exhibit 20.
6     MR. MORRIN: Thank you.
7  A.  I'm on 0222.
8  Q.  In discussing this record earlier, I think we
9  had indicated, or maybe you had read somewhere that
10 it was a 2018 indication of back pain. On this
11 page -- let's see here. On 0222, what does
12 clinically -- the clinically I-N-D date mean? Do
13 you see that? Kind of in the middle, slightly --
14 slightly there.
15 A.  Yeah. Yep. Let's see. I'm not sure what
16 that means in the VA system. Clinically indicated
17 date. Maybe that was the date it was ordered. So
18 he ordered it -- someone -- it's under a nerve --
19 that's a nerve test. "Place: Consultant's choice."
20 I think that's the date -- clinically indicated
21 date, that was the date that some health care
22 provider determined that would be -- that test was
23 medically necessary. Basically the day it was
24 ordered, I would assume, but I don't --
25 Q.  Is it possible that that was the date of his

Page 78

1  listed symptoms there, with the way the VA does
2  their records?
3  A.  Looks like that information, that number 1,
4  Symptoms, looks like -- I don't -- I don't know
5  what -- there are so many dates on here. Looks like
6  some time toward the end of 2014, and then on the
7  next page there's November '14, December 2nd, '14,
8  12-9-14. That's the end of the -- that would be
9  a -- I'm -- that would be a question to ask the VA --
10 Q.  Sure.
11 A.  -- medical records person. I don't know when
12 this note was recorded. That's -- like we said, VA
13 records are very hard, unless you're in the system,
14 to figure out.
15 Q.  Would you agree it's unclear as to what date
16 that symptom was reported, just judging by the VA
17 record?
18 A.  It looks like sometime in November or
19 December of -- of 2014. I'd say it's probably then,
20 but I can't ascertain what exact day it was.
21 Q.  And I apologize, I understand we're asking
22 you to try to interpret records that you don't
23 normally have to.
24     If this -- if this symptom was reported in
25 2014, and the last time he presented to anyone

21 (Pages 75 to 78)