Case: 5:21-cv-00206-KKC-MAS   Doc #: 81-5   Filed: 03/20/23   Page: 1 of 1 - Page ID#: 306

Stinson v. Protective Insurance Company     05/13/2022                John J. Vaughan, M.D.

**EXHIBIT E**

Page 71

```
 5   And -- and it's pertinent to a surgeon if
     they've had previous surgery, so I said -- you know,
     would ask, "Would you -- have you had back surgery
     before?"
 5        And -- and again, the pertinence of any
 6   going -- I mean, you have limited time to do
 7   histories, and these things we discussed are more
 8   pertinent to medicolegal issues as opposed to
 9   treatment issues, but I'd say you briefly go into
10   it, but you don't spend 30 minutes or -- examining
11   old records --
12   Q.   Right.
13   A.   -- because it's not going to change treatment.
14   I'd say the pertinence is, if the treatment's been
15   successful in the past, you're more apt to use it
16   again; if it hasn't, then you're more apt not to use
17   it.
18   Q.   If a patient -- in theory, if a patient has
19   their conditions under control, is that something
20   they normally report to you?
21   A.   Yeah.  Uh-huh.
22   Q.   Uh-huh.  Is -- what's your opinion of
23   Mr. Stinson?
24   A.   Nice guy.
25   Q.   Did he appear credible?
```

Page 72

```
 1   A.   Yeah.
 2   Q.   Did you get any indication he was malingering?
 3   A.   No.
 4   Q.   And to be clear, if a patient has an old
 5   injury that's under control, they normally would
 6   report that to you, if it's not bothering them, if
 7   it's dormant, for example?
 8   A.   Yeah.  Yes.
 9   Q.   Okay.  I'd like to go back to a record that
10   we recently reviewed, a VA record.  Did you already
11   take that one?
12        MS. NORRIS:  No, I have them.
13   Q.   I can -- I can show you mine.  I can show you
14   mine, that's fine.  And this is --
15        MS. NORRIS:  These are on the floor.
16        MR. MORRIN:  This was a 2018 VA record.
17        MS. NORRIS:  Would you tell us what tab and
18   then what number?
19        MR. MORRIN:  This is tab D, Lexington VA
20   Hospital_0691.
21        MS. NORRIS:  Exhibit 26.
22        MR. MORRIN:  Thank you.
23        THE WITNESS:  Okey dokey.
24   Q.   And I believe you testified and you've read
25   this VA record that indicates there was a pain
```

Page 73

```
 1   assessment.
 2   A.   Uh-huh.
 3   Q.   And it says lower back pain intensity five
 4   out of ten.  I'm look -- I'm looking at --
 5   A.   This is 699?
 6   Q.   691 of 979.
 7   A.   Oh, 691.  Pain assessment five over ten,
 8   correct.
 9   Q.   Okay.  If you back up to, it's that same
10   record, page 688 of 979.
11   A.   Six -- I'm on 688.
12   Q.   Let me make sure I've got the right one here.
13   Can you read the Assessment/Diagnosis section on
14   that?
15   A.   So I'm on 688.
16   Q.   Uh-huh.
17   A.   And (Reading) Active problem -- or
18   Assessment/Diagnosis:  Depression, insomnia,
19   anxiety.  Active problems:  Computer problem listed
20   is the source for the following.
21   Q.   Okay.  Does it appear he presented on that
22   date primarily for back pain or depression, or what
23   did he -- what did it appear as he presented for on
24   that date?
25   A.   Psychiatric issues.
```

Page 74

```
 1   Q.   Okay.  So he presents for psychiatric issues
 2   and they just routinely do a pain assessment.  Is
 3   that what it appears like?
 4   A.   Yes.
 5   Q.   Okay.  I believe earlier records, especially,
 6   I want to say, that you've discussed indicated a
 7   pain intensity of eight out of ten and mentioned
 8   radiculopathy into the legs.  Is that accurate?
 9   A.   Yes.
10   Q.   Is that anywhere present on this record for
11   this date?
12   A.   On 688 there's a -- it seemed like, again, he
13   was seen at that time for primarily depression,
14   insomnia, anxiety, but then there's a long list of
15   active problems, and the one that we've been
16   discussing today is listed 13, low back pain.  It's
17   listed --
18   Q.   Uh-huh.
19   A.   -- along with 15 other issues.
20   Q.   Uh-huh.  Do you ever attribute -- do you ever
21   rate a patient's pain if they -- if -- on a scale
22   from one to ten if they give you descriptors of
23   their pain, or is that something always reserved to
24   the patient to do?
25   A.   No, I don't come up with that.  I mean, that's
```